LOUISA HELLMAN v. SOUTHERN BOULEVARD RAILROAD COMPANY and ANTONIO PEPE.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the minutes of the trial by December 1, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANGELO CARUSO v. SAMUEL C. LAMPORT and Others, Individually and as Executors, etc., of NATHAN LAMPORT, Deceased.— Motion to dismiss appeal granted, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MURRAY B. MACHLIN, Suing for Himself and as Stockholder and All Other Stockholders of the INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation, v. "CHARLES" SEDGWICK LEVY, First Name "Charles" being Fictitious, etc., and Others, Defendants.— Motion granted on condition that appeal be brought on for argument on November 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE A. LEGG and HENRY B. STAPLER, Impleaded, etc.— Motion granted on condition that appellants' points be filed on or before October 20, 1931, with notice of argument for November 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD J. CUNNEEN and ROCCO PANARELLA, Impleaded, etc.— Motion granted on condition that appellants' points be filed on or before October 20, 1931, with notice of argument for November 4, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING BERNSTEIN.— Motion granted and the time of the appellant within which to bring on appeal for argument extended to the 4th day of November, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM BURLAKOFF.— Motion granted on condition that the record on appeal and appellant's points be filed on or before November 2, 1931, with notice of argument for November 18, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of CITY BANK FARMERS TRUST COMPANY, Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY, Trustee for the Benefit of EMILY A. HUMPHREY, under the Will of EMILY A. MAXWELL, Deceased, and of the Application for a Judicial Construction of Said Will.— Preference granted for October 14, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING BERNSTEIN.— Preference granted for October 20, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED G. YAKEL.— Motion granted on condition that eighteen copies of the printed record on appeal and appellant's points be filed on or before October 20, 1931, with notice of argument for November 10, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL FELDMAN.— Motion granted on condition that the printed record on appeal and the appellant's points be filed on or before December 21, 1931, with notice of argument for January 5, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.